IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIAN LOPEZ, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-19-CA-1131-FB |
| TOLTECA ENTERPRISES, INC. d/b/a PHOENIX RECOVERY GROUP, LLC, | § § § § | |
| Defendant. | § § | |

**SHOW CAUSE ORDER**

The Court has considered the docket status of the above-styled and numbered cause.

On September 17, 2019, the plaintiff filed his Complaint in this Court, and Defendant's Original Answer was filed on December 13, 2019 (docket #3). On December 16, 2019, this Court entered an Order for Scheduling Recommendations and Advisory Concerning Magistrate Judge Assignment ordering the parties to submit a proposed scheduling order to the Court "within **the earlier of 90 days after any defendant has been served or 60 days after any defendant has appeared.**" (Docket #4, emphasis in original). Therefore, the parties' scheduling recommendations were due on or about February 11, 2020. To date, the parties have failed to file the proposed Scheduling Order as ordered.

Accordingly, IT IS HEREBY ORDERED that the parties shall file with the Court a proposed scheduling order in accordance with the Order for Scheduling Recommendations or show cause why the cause of action should not be dismissed for lack of prosecution and/or for failure to comply with a court order pursuant to rule 41 of the Federal Rules of Civil Procedure. The parties shall file their response no later than **February 27, 2020**. Failure to respond by the deadline will result in the dismissal of this cause of action.

It is so ORDERED.

SIGNED this 18th day of February, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE